## County of Beaver, Appellant *v.* The Public Service Commission.

*Public Service Company Law—Public Service Commission— Grade crossings—Assessment of damages—Appeals—Jurisdiction of commission—Appeals to common pleas.*

On an appeal from an award by the Public Service Commission of damages, in proceedings for the elimination of grade crossings, the grounds of· appeal, as stated in the petition were that the award was excessive and that the commission did not view the premises. The appeals referred to the amounts of the respective awards, and not to the authority of the commission to make the awards. Under such circumstances the Superior Court is not the proper tribunal to which to appeal.

Under the provisions of the Public Service Company Law either party is entitled to a jury trial to determine how much, if any, damages should be paid to the parties injured in the elimination of the crossing. In such a situation the appeal from the award of the commission must be to the court of the county in which the grade crossing is situated.

Argued April 18, 1925. Appeals, Nos. 144, 145 and 146, April T., 1925, by County of Beaver, from order of the Public Service Commission of the Commonwealth of Pennsylvania, in the case of County of Beaver v. Public Service Commission et al. Before PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Quashed.

Appeal from award of damages alleged to have been sustained in the elimination of a grade crossing.

The opinion of the Superior Court states the case.

The commission awarded damages to certain owners of property affected by the order of the commission and ordered the County of Beaver to pay such sum as compensation therefor. The County of Beaver appealed.

*Errors assigned* were, the amount of the damages and that the commission did not view the premises.

*Samuel B. Wilson,* County Solicitor, for appellant.

*A. G. Helbling,* for John B. Shannon and Jim Carline, interveners.

*Richard S. Holt,* of *Holt, Holt & Richardson,* for William Meyer, intervener.

*Frank M. Hunter,* Counsel, and with him *John Fox Weiss,* Asst. Counsel, for the Public Service Commission.

PER CURIAM, April 28, 1925:

These are separate appeals from awards of damages or compensation made by the Public Service Commis-

sion in proceedings for the elimination of a grade cross-
ing in the County of Beaver.  The grounds of appeal as
stated in the petition to this court are: (1) That the
awards were excessive; (2) That the commission did
not view the premises.  They go to the amounts of the
respective awards and not to the authority of the com-
mission to make any awards to the intervening appellees.
The appellant is, under the circumstances, undoubtedly
entitled to a jury trial to determine how much, if any,
damages it should pay the parties injured by the con-
struction.

The Public Service Company Law (article VI, section
17) provides that in such a situation the appeal from
the award of the commission must be to the court of
the proper county, that is, in this instance, to the Court
of Common Pleas of Beaver County.

The appeals are quashed.